# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No:** |
| **CHRISTIAN DEVON COLEMAN** ) | |

## <u>INFORMATION</u>

<u>**COUNT ONE:**</u>  **[18 U.S.C. § 922(a)(6)]**

The United States charges that:

On or about the 1st day of May 2020, in Shelby County, within the Northern District of Alabama, the defendant,

**CHRISTIAN DEVON COLEMAN,**

in connection with the acquisition of a firearm, specifically, a **Barrett .50 caliber rifle**, from Nichols Concrete Equipment Co., Inc., doing business as Nichols Outfitters, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Nichols Outfitters, which statement was intended likely to deceive Nichols Outfitters, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant falsely represented that he was the actual purchaser of the firearm on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction

Record, when, in fact, as he then knew, he was not the actual purchaser of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

                                              PRIM F. ESCALONA  
                                              United States Attorney

                                              */s/ Electronic Signature*  
                                              KRISTY M. PEOPLES  
                                              Assistant United States Attorney